IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Monster Daddy LLC, | ) | |
| | ) | C.A. No. 6:10-1170-HMH |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Monster Cable Products, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

After reviewing the pleadings, the court finds that Defendant failed to respond to Plaintiff's motion to strike Defendant's affirmative defenses. The court orders Defendant to file supplemental briefing within ten days of this order on the following issue: Whether Defendant's affirmative defenses are sufficiently pled.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
October 18, 2010